**Order entered October 5, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00779-CV

# IN RE AN ILLEGALLY DETAINED MINOR CHILD, ET AL., Relators

**Original Proceeding from the 305th Judicial District Court & the 193rd Judicial District Court**
**Trial Court Cause Nos. JD-20-00900X & DC-21-10323**
**Dallas County, Texas**

## ORDER

Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE